**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

In re:

CHRISTOPHER WHITNEY, &
CHRISTINA WHITNEY,

                Debtors

Chapter 13
Case No. 16-20298

## ORDER GRANTING MOTION TO MODIFY AND APPROVING THE MODIFIED PLAN

      Christopher and Christina Whitney ("the Movants") filed a motion to modify the confirmed plan in this case under 11 U.S.C. § 1329(a) at Docket Number 100 (the "Motion") and a modified plan at Docket Number 99 ("the Modified Plan"). The Modified Plan, Motion, and the notice of the hearing on the Motion were transmitted to interested parties in accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure and this Court's Local Rules.

      At or before the hearing on the Motion, Debtors proposed further modification of the Modified Plan as follows:

1. Section 1.3 of the plan is modified to indicate that nonstandard provisions are included in Part 8 of the plan.

2. Section 2.5 of the first modified plan is further modified to provide that the Debtors will also pay the Trustee, as additional plan contributions, all state and federal income tax refunds (in the aggregate) in excess of $1,200.00 per year per debtor for years ending prior to January 1, 2018 and $1,500.00 per year per debtor thereafter.

3. Section 3.1 of the plan is modified to provide that Debtors shall pay ongoing mortgage payments to Carrington or its assignees pursuant to the loan modification appearing at Docket Number 108.

4. Section 8.1 of the plan is modified to provide that the mortgage arrears recited in Carrington Mortgage Services, LLC Claim Number 5 have been reamortized pursuant to the loan modification appearing at Docket Number 108. Accordingly, the Trustee shall not pay the stated arrears, notwithstanding the proof of claim.

5. Section 8.1 of the plan is further modified to provide that the provisions of Section 4.1 notwithstanding, the Trustee shall pay all allowed attorney fees and expenses only to the extent of available funds.

The Court concludes that the Modified Plan (as further modified on the terms described herein, if applicable) meets the requirements of 11 U.S.C. §§ 1322(a) and (b), 1323(c), and 1325(a). It is therefore ORDERED that the Motion is granted, and the Modified Plan is the plan. *See* 11 U.S.C. § 1329(b)(2).

Dated:   September 29, 2019                              /s/ Peter G. Cary

                                                 Hon. Peter G. Cary
                                                 United States Bankruptcy Judge
                                                 District of Maine