Christopher E. Whitney
Christina E. Whitney
FKA Christina E. Emery
Debtors

Case number 16-20298

We (debtors) are asking the court for a stay order and would like to put in a counterclaim and have hearing.

    1. I'm a first responder in the pandemic that is going on.

    2. Asking for a longer stay date than 21 days has I have children in the school district here. RSU14.

    3. To find a safe place for our family to go, as there is no place to rent at this time with the pandemic is going on.

Thank you for your time

Christopher E. Whitney

[signature]    09/22/20

Christina E. Whitney

[signature]    09/22/20