## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

-------------------------------------------------X

**IN RE:**       **CHAPTER 13**
**Christopher E. Whitney,**      **CASE NO. 16-20298**
**Christina Whitney**

         **Debtors**

-------------------------------------------------X

### *ORDER ON DEBTORS' MOTION TO RECONSIDER*

Upon the motion, (the "Motion"), of Debtors to reconsider this Court's order, *Nunc Pro Tunc* pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code") vacating the automatic stay imposed in the above-captioned case by section 362(a) of the Bankruptcy Code as to the Creditor's interests in the Property known as 8 Red`s Way, Raymond, ME 04071 (the "Property") effective August 29, 2020, to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property; and due and proper notice of the Motion having been made on all necessary parties; and having come before me and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing, it is hereby

ORDERED that Debtors' Motion is denied. It is further ORDERED that this Court's Order for Relief from the Automatic Stay does not alter the parties' rights, remedies and /or defenses.

SO ORDERED.

DATED at Portland, Maine this  12th  day of   November      , 2020.

                                                /s/ Peter G. Cary
                                                Hon. Cary, Peter C.
                                                United States Bankruptcy Judge